```
 1  J. Brian Powers - SBN 91808
    Gordon W. Bowley - SBN 187624
 2  POWERS & MILLER
    A Professional Corporation
 3  1545 River Park Drive, Suite 515
    Sacramento, California 95815
 4  Telephone No. (916) 924-7900
    Telecopier No. (916) 924-7980
 5
    Mark S. Adams - SBN 78706
 6  MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
    2453 Grand Canal Boulevard, 2nd Floor
 7  Stockton, CA 95207
    Telephone No. (209) 477-3833
 8  Facsimile No. (209) 473-4818

 9  Attorneys for Defendant TIDA IENG,
    individually and as Guardian Ad Litem
10  for SABRINA OUK and ALYSSA IENG

11

12

13                 UNITED STATES DISTRICT COURT

14                 EASTERN DISTRICT OF CALIFORNIA

15

16  In the Matter of the Complaint    No.2:08-CV-00516-FCD-DAD
    of JOSEPH CECCHINI, Plaintiff,
17  Owner of the Vessel,
                                      ORDER FOR SUBSTITUTION OF
18  v.                                ATTORNEY

19  TIDA IENG, et, al.,

20           Defendants.
                                    /
21  _____

22      THE COURT AND ALL PARTIES ARE NOTIFIED THAT Defendant TIDA

23  IENG, individually and as Guardian Ad Litem for SABRINA OUK and

24  ALYSSA IENG hereby makes the following substitution:

25      Former Attorneys:    Ralph S. Curtis and Youlet Ovrahim of

26                           Curtis & Arata

27      New Representation:  J. Brian Powers and Gordon W. Bowley of

28  the law offices of POWERS & MILLER, 1545 River Park Drive, Suite
```

-1-
ORDER FOR **SUBSTITUTION OF ATTORNEY**

515, Sacramento, California, Telephone No. (916) 924-7900; and Mark S. Adams of MAYALL, HURLEY, KNUTSEN, SMITH & GREEN, 2453 Grand Canal Boulevard, 2nd Floor, Stockton, California 95207, Telephone No. (209) 477-3833.

Ralph S. Curtis and Youlet Ovrahim of Curtis & Arata are no longer our counsel of record in this action.

We consent to this substitution:

Dated: 2/12/09

/s/Tida Ieng
Defendant TIDA IENG, individually as Guardian Ad Litem for SABRINA OUK and ALYSSA IENG

Dated: 2/12/09              Curtis & Arata

By:/s/Youlet Ovrahim
Youlet Ovrahim
Former Attorneys for Defendants

Dated: 2/12/09              POWERS & MILLER

By:/s/Gordon W. Bowley
Gordon W. Bowley
New Counsel for Defendants

Dated: 2/11/09              MAYALL, HURLEY, KNUTSEN, SMITH & GREEN

By:/s/Mark S. Adams
Mark S. Adams
New Counsel for Defendants

**IT IS SO ORDERED.**

Dated: February 13, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES MAGISTRATE JUDGE