UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| In the Matter of the Complaint of JOSEPH CECCHINI, | NO. CIV. S-08-516 FCD/DAD |
| Plaintiff, Owner of the Vessel. | <u>NOTICE OF ACTION BROUGHT FOR LIMITATION OF OR EXONERATION FROM LIABILITY</u> |
| _____ / | |
| In the Matter of the Complaint of JOSEPH CECCHINI, | NO. CIV. S-08-1385 FCD/DAD |
| Plaintiff, Owner of the Vessel. | |
| _____ / | |

----oo0oo----

NOTICE is given that plaintiff Joseph Cecchini ("plaintiff") has filed the above-captioned complaints pursuant to Sections 30501-30512 of Title 46 of the United States Code, claiming the right to limitation of or exoneration from liability for all claims arising from the collision of the "Westmar" while anchored

1

in the Stockton Deep Water Channel, downstream and southeast of Windmill Cove Marina, in Stockton, California, with the vessel owned and operated by Ratha Ieng, said incident having taken place on June 23, 2007 at approximately 10:30 p.m.

All persons having claims must file them as provided in Federal Rules of Civil Procedure, Supplemental Admiralty and Maritime Claims Rule F ("Rule F"), with the Clerk of this Court at the United States Courthouse, located at 501 I Street, Sacramento, California, 95814 and serve a copy on plaintiff's attorney John C. Miller, Jr., Miller Law Inc., 1745 Creekside Drive, Folsom, California 95630, on or before the 30th day after issuance of this notice or suffer default.

Any claimant desiring to contest the right of plaintiff to limitation of liability must file an answer to the complaints, as required by Rule F, and serve a copy on plaintiff's attorney unless the claim has included an answer.

IT IS SO ORDERED.

DATED: March 9, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE