UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| In the Matter of the Complaint of JOSEPH CECCHINI,<br><br>   Plaintiff, Owner<br>   of the Vessel.<br>_____/ | NO. CIV. S-08-516 FCD/DAD<br><br>ORDER DIRECTING<br>MONITION/NOTICE<br>AND ENJOINING SUITS |
| In the Matter of the Complaint of JOSEPH CECCHINI,<br><br>   Plaintiff, Owner<br>   of the Vessel.<br>_____/ | NO. CIV. S-08-1385 FCD/DAD |

----oo0oo----

  Complaints seeking limitation of liability having been filed by plaintiff Joseph Cecchini ("plaintiff") as the owner of the vessel, the "Westmar," claiming limitation of liability in connection with the collision that occurred between the "Westmar"

1

and the vessel owned and operated by Ratha Ieng, on or about June 23, 2007, at approximately 10:30 p.m., in the Stockton Deep Water Channel in Stockton, California, and plaintiff having provided a letter of undertaking from his liability insurance carrier for the benefit of all claimants, and having given security for costs; and, it having being shown that the following actions having been commenced against plaintiff in the California Superior Court, County of San Joaquin, <u>Tida Ieng, et al. v. Joseph Cecchini, et al.</u>, Case No. CV-033852, <u>Gregory Warren Royce v. Estate of Ratha Ieng, et al.</u>, Case No. CV-034755, <u>Richard Fenley and Sheri Fenley v. Ratha Ieng, et al.</u>, Case No. CV-035013, and <u>Chhom Seang v. Joseph Cecchini, et al.</u>, Case No. CV-39-2009-00201762, each claiming damages for personal injuries and/or loss of property and/or injury to property alleged to have arisen from the above-described collision, that these claims are subject to limitation in the actions pending in this Court, IT IS HEREBY ORDERED that:

1. A monition/notice of action issue from this Court against all persons claiming for any act, matter, thing, loss, damage, injury or forfeiture done arising from the collision between the vessel owned by plaintiff, the "Westmar," and the vessel owned and operated by Ratha Ieng; said collision having occurred at approximately 10:30 p.m. on June 23, 2007, while the Westmar was anchored in the Stockton Deep Water Channel in Stockton, California. All persons having claims must file them as provided in the Federal Rules of Civil Procedure, Supplemental Admiralty and Maritime Claims Rule F, with the Clerk of this Court, and serve a copy on plaintiff's attorney, Miller Law,

Inc., Attn: John C. Miller, Jr., Esq., on or before the 30th day after issuance of the monition/notice. The monition/notice shall be published in <u>The Record</u>, a newspaper of general circulation in the County of San Joaquin, once a week for four successive weeks. A copy of the monition/notice shall be served on the attorneys or proctors of all persons who have made claim or commenced any suit against the vessel, the "Westmar," or plaintiff.

    2. The defendants/claimants herein, Tida Ieng, Sabrina Ouk, Alyssa Ieng, Richard Fenley, Sheri Fenley, Gregory Warren Royce and Chhom Saeng, are enjoined from instituting further proceedings against plaintiff or from further prosecution of the above-described actions in the California Superior Court, County of San Joaquin.

    3. This injunction shall remain in effect until final adjudication of the limitation proceedings now pending in this court; and,

    4. Plaintiff shall provide notice of this injunction to any future claimant by serving a copy on him/her by and through their attorney, if any, or on each claimant personally, if not represented by an attorney.

    IT IS SO ORDERED.

DATED: March 9, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE