UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of JOSEPH CECCHINI,       Plaintiff, Owner of the Vessel. _____/ | No. CIV. S-08-516 FCD/DAD **ORDER CONSOLIDATING ACTIONS** |
| In the Matter of the Complaint of JOSEPH CECCHINI,       Plaintiff, Owner of the Vessel _____/ | No. CIV. S-08-1385 FCD/DAD |

The two above-captioned actions being related, and arising from the same collision between vessels, and the parties having stipulated, the Court orders the two cases, 2:08-cv-00516-FCD-DAD/ 2:08-cv-01385-FCD-DAD, consolidated. All further papers shall be submitted under the number of the lead action, S-08-00516- FCD-DAD.

DATED: April 9, 2009

                                              FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE