1   **MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**
    **A Professional Corporation**
2   **2453 Grand Canal Boulevard, Second Floor**
    **Stockton, California 95207-8253**
3   **Telephone (209) 477-3833**
    **MARK S. ADAMS, ESQ.**
4   **CA State Bar No. 78706**
    **NICHOLAS J. SCARDIGLI, ESQ.**
5   **CA State Bar No. 249947**

6   **Attorneys for TIDA IENG, individually**
    **and as Guardian Ad Litem for**
7   **SABRINA OUK and ALYSSA IENG**

8

9                    **UNITED STATES DISTRICT COURT**

10                  **EASTERN DISTRICT OF CALIFORNIA**

11
    **JOSEPH CECCHINI,**                   **CASE NO. 2:08-cv-00516 FCD-DAD**
12
           **Plaintiffs,**                **STIPULATION AND ORDER AMENDING**
13                                         **STATUS (PRETRIAL SCHEDULING)**
    **v.**                                 **ORDER**
14
    **TIDA IENG, individually and as Guardian**
15  **Ad Litem for SABRINA OUK and ALYSSA**
    **OUK; and DOES 1 through 100,**
16
           **Defendants.**
17

18

19          Due to progress made in simplifying this case, including the settlement of all claims

20  except those between the Ieng family and the Cecchini the parties hereby in good faith, and with

21  good cause, agree to amend the STATUS (PRETRIAL SCHEDULING) ORDER, and seek court

22  order.

23          Good cause exists as the parties seek to eliminate the additional court filings and judicial

24  resources as well as the expenditure of attorney fees associated with the filing of the joint pretrial

25  statement and attendance at the Final Pretrial Conference as they continue mediation efforts.

26          The parties have conducted two mediation sessions and as a result all claims have settled

27  except those noted above.

28

**Stipulation and Order Amended Status (Pretrial Scheduling ) Order**
**Page 1**

The parties have completed all expert discovery which has been helpful in addressing the liability issue in this case.

The parties continue to engage the services of mediator Dan Quinn

Good cause exists as further discovery is necessary for the parties to focus on resolution of the case.

THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES, that the STATUS (PRETRIAL SCHEDULING) ORDER shall be amended as follows:

**VII. FINAL PRETRIAL CONFERENCE**

The final Pretrial Conference is continued to November 12, 2010 at 2:00 p.m. and the Joint Pretrial Conference statement is to be filed on or before November 5, 2010. The trial date is continued to February 8, 2011 at 9:00 a.m.

IT IS SO STIPULATED;

DATED: August 17, 2010          **MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**


By: ____/s/_____
                                        Mark Adams, Esq.
                                        Attorney for Claimant,
                                        TIDA IENG, Individually and as
                                        Guardian Ad Litem for
                                        Sabrina Ouk and Alyssa Ieng
_____


DATED: August 17, 2010          MILLER LAW, INC.


By: ___/s/_____
                                        John C. Miller,
                                        Attorney for Plaintiff
                                        JOSEPH CECCHINI

1

## ORDER

2      Good Cause having been shown, the STATUS (PRETRIAL SCHEDULING) ORDER,

3  dated May 28, 2009, is amended as set froth herein.

4

5  Dated: August 20, 2010

6

7                                                    _____
                                                     FRANK C. DAMRELL, JR.
8                                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28