IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Complaint
of JOSEPH CECCHINI

        Plaintiff, Owner
        of the Vessel

_____/

NO. CIV. S-08-0516 FCD DAD

ORDER

A settlement conference was held before the undersigned on January 12, 2010, and on January 13, 2010, the parties reached a settlement.

Accordingly, IT IS HEREBY ORDERED that:

1. Dispositional papers and a minors' compromise[1] shall be filed within twenty-eight days of this order;

2. All previously scheduled court dates are vacated.

DATED: January 14, 2011

        /s/ Gregory G. Hollows
        _____
        UNITED STATES MAGISTRATE JUDGE

GGH: AB
cecc0516.set

---

[1] Federal courts routinely grant minors' compromises. The federal court utilizes state law in so doing. However, the parties may need to explore whether the state court in which the wrongful death action was initially pending would accept the federal court compromise at time of dismissal.

1